**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **JANSSEN BIOTECH, INC.** and **NEW YORK UNIVERSITY**<br>                Plaintiffs,<br><br>    v.<br><br>**CELLTRION HEALTHCARE CO., LTD., CELLTRION, INC.,** and **HOSPIRA, INC.**<br>                Defendants. | Civil Action No. 1:15-cv-10698 |

## PLAINTIFFS' MOTION TO STAY

Plaintiffs Janssen Biotech, Inc. and New York University (collectively "Plaintiffs" or "Janssen") hereby move this Court to stay proceedings with respect to U.S. Patent No. 6,284,471 (the "471 Patent") in their case against Celltrion Healthcare Co. Ltd., Celltrion, Inc., and Hospira, Inc.  As set forth more fully in Janssen's memorandum of law and the Declaration of Alison Casey in Support of Plaintiffs' Motion to Stay, both of which are filed herewith, litigation over the 471 Patent at this time would be a waste of both the parties' and the Court's resources. The United States Patent & Trademark Office is considering validity of the 471 Patent in a co-pending reexamination proceeding.  The 471 Patent's claims are currently rejected in that proceeding and the patent's specification has been amended.  If the 471 Patent survives the reexamination, it will emerge in a different form.

Accordingly, the Court should stay proceedings relating to the 471 Patent.

### REQUEST FOR ORAL ARGUMENT

Plaintiffs believe that oral argument may assist the court and hereby request oral argument on this motion.

Dated: March 16, 2015

/s/ Heather B. Repicky
Heather B. Repicky (BBO #663347)
hrepicky@nutter.com
Alison C. Casey (BBO #688253)
acasey@nutter.com
NUTTER MCCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210
617-439-2000
FAX: 617-310-9192

Of Counsel:
Dianne B. Elderkin (to be admitted *pro hac vice*)
delderkin@akingump.com
Barbara L. Mullin (to be admitted *pro hac vice*)
bmullin@akingump.com
Angela Verrecchio (to be admitted *pro hac vice*)
averrecchio@akingump.com
Jason Weil (to be admitted *pro hac vice*)
jweil@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103-7013
215-965-1200
FAX: 215-965-1210


Gregory L. Diskant (to be admitted pro hac vice)
gldiskant@pbwt.com
Irena Royzman (to be admitted pro hac vice)
iroyzman@pbwt.com
Aron Fischer (to be admitted pro hac vice)
afischer@pbwt.com
Andrew D. Cohen (to be admitted pro hac vice)
acohen@pbwt.com
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
212-336-2000
FAX: 212-336-2222

*Attorneys for Janssen Biotech, Inc. and New York University*

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that on March 16, 2015 counsel for Plaintiffs conferred with counsel for Defendants and, in good faith, attempted to resolve or narrow the issues presented in this motion. Defendants oppose the relief sought herein.

               */s/ Heather B. Repicky*
               Heather B. Repicky

## CERTIFICATE OF SERVICE

I certify that on March 16, 2015, this document, filed through the ECF system, will be sent electronically to the parties or their counsel who are registered participants as identified on the Notice of Electronic Filing and if not so registered, that copies will be electronically mailed to such parties or their counsel.

               */s/ Heather B. Repicky*
               Heather B. Repicky