# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

JANSSEN BIOTECH, INC. and
NEW YORK UNIVERSITY

                           Plaintiffs,

      vs.

CELLTRION HEALTHCARE CO., LTD.,
CELLTRION, INC., and
HOSPIRA, INC.

                         Defendants.

Civil Action No. 1:15-cv-10698

## STIPULATION OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)

WHEREAS, Defendant Celltrion, Inc. submitted an abbreviated Biologic License Application ("aBLA") No. 125544 seeking permission to market a proposed biosimilar version of Plaintiff Janssen Biotech, Inc.'s ("Janssen") biological medicine Remicade (infliximab);

WHEREAS, Janssen has sued Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc. (collectively, "Defendants") in count 8 of the complaint for infringement of U.S. Patent No. 6,773,600 (the "'600 patent") under 35 U.S.C. § 271(e)(2)(C)(ii) based on the submission of aBLA No. 125544 and Defendants' alleged failure to provide manufacturing information in addition to the aBLA itself under the Biologics and Price Competition and Innovation Act ("BPCIA");

WHEREAS, Defendants have answered the complaint and have asserted defenses that pertain to the '600 patent;

WHEREAS, Defendants have since produced manufacturing information related to the '600 patent that describes Defendants' downstream purification process for their proposed infliximab biosimilar products subject to the aBLA.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

All claims and defenses pending between the parties related to alleged infringement of the '600 patent under 35 U.S.C. § 271(e)(2)(C)(ii) are dismissed, and that dismissal is with prejudice only with respect to all claims and defenses related to the downstream purification process as described in the documents Defendants have produced to date, including documents bearing production numbers CELLREM-0001197-380, CELLREM-0004757-5116, CELLREM-0005151-338, CELLREM-0008781-809, CELLREM-0060583-704, CELLREM-0060816-43, and CELLREM-0061142-70.

Dated:  December 29, 2015

/s/ Andrea L. Martin
BURNS & LEVINSON LLP
Dennis J. Kelly BBO# 266340
Andrea L. Martin BBO# 666117
125 Summer Street
Boston, MA 02110-1624
Tel.: (617) 345-3000
Fax: (617) 345-3299
Email: dkelly@burnslev.com
Email: amartin@burnslev.com

WINSTON & STRAWN LLP
Charles B. Klein (admitted *pro hac vice*)
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5000
Fax: (202) 282-5100
Email: cklein@winston.com

Samuel S. Park (admitted *pro hac vice*)
Dan H. Hoang (admitted *pro hac vice*)
35 West Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600

Dated:  December 29, 2015

/s/ Heather B. Repicky
NUTTER MCCLENNEN & FISH LLP
Heather B. Repicky BBO #663347
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
Tel.:  (617) 439-2000
Fax:  (617) 310-9191
Email: hrepicky@nutter.com

PATTERSON BELKNAP WEBB & TYLER LLP
Gregory L. Diskant (admitted *pro hac vice*)
Irena Royzman (admitted *pro hac vice*)
Aron Fischer (admitted *pro hac vice*)
Andrew D. Cohen (admitted *pro hac vice*)
1133 Avenue of the Americas
New York, New York 10036
Tel:  (212) 336-2000
Fax: (212) 336-2222
Email: gldiskant@pbwt.com
Email: iroyzman@pbwt.com
Email: afischer@pbwt.com
Email: acohen@pbwt.com

Fax: (312) 558-5700
Email: spark@winston.com
Email: dhoang@winston.com

*Attorneys for Janssen Biotech, Inc. and New York University*

*Attorneys for Celltrion Healthcare Co., Ltd., Celltrion, Inc. and Hospira Inc.*

## CERTIFICATE OF SERVICE

I certify that on December 29, 2015 this document, filed through the ECF system, will be sent electronically to the parties or their counsel who are registered participants as identified on the Notice of Electronic Filing.

 /s/ Heather B. Repicky

2988396.2