UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
JANSSEN BIOTECH, INC. and NEW  )
YORK UNIVERSITY,               )
     Plaintiffs                )
                               )
         v.                    )    C.A. No. 15-10698-MLW
                               )
CELLTRION   HEALTHCARE   CO.,  )
LTD., ET AL.,                  )
     Defendants.               )
```

ORDER

WOLF, D.J.                                    February 10, 2016

For the reasons stated in court and at the conference on February 9, 2016, it is hereby ORDERED that:

1. The motions for leave to file (Docket Nos. 59, 73, 81, 85, and 87) are ALLOWED.

2. The motions for leave to file documents under seal (Docket Nos. 49, 69, 74, 82, and 84) are ALLOWED.

3. As agreed by the parties, Plaintiffs' Motion for Partial Summary Judgment, Preliminary Injunction and Permanent Injunction (Docket No. 34) and Defendants' Cross-Motion for Partial Summary Judgment as to Count 2 (Docket No. 50) are DENIED without prejudice.

4. The Motion for a Protective Order (Docket No. 64) is DENIED without prejudice to the submission of a revised proposed Protective Order by February 11, 2016.

5.  The parties shall, by February 17, 2016, file for the public record redacted versions of each document filed under seal.

6.  The Joint Motion to Amend Recommendations for Scheduling Order (Docket No. 77) is MOOT. By February 17, 2016, the parties shall file a proposed scheduling order incorporating the agreed-upon schedule the parties submitted in the Joint Statement (Docket No. 97).

7.  Defendants shall file their motion for summary judgment by February 19, 2016. The court will establish a schedule for plaintiffs' response if it denies Plaintiffs' Motion to Stay (Docket No. 8).

8.  By February 26, 2016, the parties shall meet, at least once, to discuss the possible settlement of this case and report the results of their discussions.

9.  The parties shall order the transcript of the February 9, 2016 hearing.

10. A hearing on Plaintiffs' Motion to Stay (Docket No. 8) and Plaintiffs' Motion to Modify Proposed Protective Order will be held on March 14, 2016, at 9:30 a.m., and, if necessary, continue on March 15, 2016.

                                                    /s/ Mark L. Wolf
                                        UNITED STATES DISTRICT JUDGE