After meeting and conferring, the parties believe that the following proposed voir dire questions are similar and that they will be able to continue to meet and confer to come to an agreement on appropriate language.

| Questions On Which The Parties Anticipate They Will Be Able To Reach Agreement | | |
|---|---|---|
| **Issue** | **Janssen's Proposed Question Nos.** | **Defendants' Proposed Question Nos.** |
| **Knowledge About the Case** | 9 | 1, 2 |
| **Knowledge of the Attorneys** | 1-3 | 3-4 |
| **Knowledge of the Parties** | 4-6 | 5-9 |
| **Knowledge of the Witnesses** | 7-8 | 10 |
| **Knowledge of the Subject Matter** | 28-30 | 11-13 |
| **Personal Background Questions** | 10-19 | 14-18, 44-45 |
| **Imposition of Being on Jury** | None | 19, 50 |
| **Previous Experience with Justice System** | 25-27 | 20-21 |
| **Previous Experience with Patents** | 22, 33-36 | 32-39 |
| **Experience with infliximab or other drugs** | 23-24 | 42 |
| **Experience with Contracts/R&D** | 20-21 | None |
| **Catch-All Impartiality Questions** | 31-32 | 41, 43, 51-52 |
| **Impartiality Regarding Foreign Companies** | None | 28, 31 |

The parties have identified the following proposed voir dire questions as likely to involve substantive disagreements, and the parties have been unable to reach agreement at this time. The parties also disagree about the description of the case. The parties will continue to meet and confer to attempt to narrow their disputes.

| Questions On Which The Parties Expect To Have Substantive Disagreements | | |
| --- | --- | --- |
| **Issue** | **Janssen's Question Nos.** | **Defendants' Question Nos.** |
| **Property Dispute Regarding Borders** | None | 22 |
| **Validity** | None | 40 |
| **Questions About Generics/Competition** | None | 24-26 |
| **Additional Background Questions** | None | 46-49 |
| **Feelings Regarding Pharmaceutical Companies and Patents** | None | 23, 27, 29-30 |