Case 1:15-cv-10698-MLW   Document 498   Filed 02/15/17   Page 1 of 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC.<br><br>Plaintiffs,<br><br>v.<br><br>CELLTRION HEALTHCARE CO., LTD., CELLTRION, INC., and HOSPIRA, INC.<br><br>Defendants. | Civil Action No. 1:15-cv-10698<br>Civil Action No. 1:16-cv-11117 |

## NOTICE OF ATTENDANCE AT HEARINGS ON FEBRUARY 22-24, 2017

Pursuant to the Court's order during the February 14, 2017 telephone conference in these consolidated actions [Dkt 493], Defendants Celltrion Healthcare Co., Ltd, Celltrion, Inc. and Hospira, Inc. hereby give notice confirming that they will send representatives with full settlement authority to attend the hearings, including any conferences with the Court, scheduled to be held during the time period of February 22, 2017 through February 24, 2017.

Dated: February 15, 2017

Respectfully submitted,

Celltrion Healthcare Co., Ltd., Celltrion, Inc. and Hospira Inc.

By their attorneys,

/s/Andrea L. Martin, Esq.
Dennis J. Kelly (BBO # 266340)
dkelly@burnslev.com
Andrea L. Martin (BBO #666117)
amartin@burnslev.com
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110-1624
Telephone: 617-345-3000
Facsimile: 617-345-3299

*Of counsel:*

| | |
|---|---|
| Charles B. Klein (*pro hac vice*) | James F. Hurst, P.C. (*pro hac vice*) |
| Steffen N. Johnson (*pro hac vice*) | Bryan S. Hales, P.C. (*pro hac vice*) |
| WINSTON & STRAWN LLP | Elizabeth A. Cutri (*pro hac vice*) |
| 1700 K Street, N.W. | KIRKLAND & ELLIS LLP |
| Washington, D.C. 20006-3817 | 300 North LaSalle |
| Tel: (202) 282-5000 | Chicago, IL 60654 |
| cklein@winston.com | Tel: (312) 862-2000 |
| sjohnson@winston.com | james.hurst@kirkland.com |
| | bryan.hales@kirkland.com |
| | elizabeth.cutri@kirkland.com |
| | |
| Samuel S. Park (*pro hac vice*) | Jeanna M. Wacker (*pro hac vice*) |
| Dan H. Hoang (*pro hac vice*) | Peter B. Silverman (*pro hac vice*) |
| WINSTON & STRAWN LLP | James H. McConnell (*pro hac vice*) |
| 35 West Wacker Drive | Ryan Kane (*pro hac vice*) |
| Chicago, IL 60601 | KIRKLAND & ELLIS LLP |
| Tel: (312) 558-5600 | 601 Lexington Avenue |
| spark@winston.com | New York, NY 10022 |
| dhoang@winston.com | Tel: (212) 446-4800 |
| | jeanna.wacker@kirkland.com |
| Melinda K. Lackey (*pro hac vice*) | peter.silverman@kirkland.com |
| WINSTON & STRAWN LLP | james.mcconnell@kirkland.com |
| 1111 Louisiana, 25th Floor | ryan.kane@kirkland.com |
| Houston TX 77002 | |
| Tel: (713) 651-2600 | *Attorneys for Defendants Celltrion Healthcare* |
| mlackey@winston.com | *Co., Ltd., Celltrion, Inc., and Hospira, Inc.* |

## CERTIFICATE OF SERVICE

    I, Andrea L. Martin, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 15, 2017.

                                                        /s/Andrea L. Martin, Esq.
                                                        Andrea L. Martin, Esq.

4834-9520-4163.2